[No. 5532–1.  Division One.  May 22, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT G. BAIRD, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. CR–1083, Howard A. Patrick, J., entered March 14, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2429–3.  Division Three.  May 24, 1978.]

MICHAEL A. ZIMNY, *Appellant,* v. SUTHERLAND MOTORS, LTD., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 236577, Patrick McCabe, J., entered April 29, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 1683–3.  Division Three.  May 24, 1978.]

HOWARD ADAMS, ET AL, *Respondents,* v. JOHN PHILLIPS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 224115, Del Cary Smith, Jr., J., entered August 8, 1975. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Roe, JJ.